AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JUSTO CLAROS, NICOLAS DIAZ, MELVIN GUEVARA, on behalf of himself and others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>PIETRO CIPRIANO, MARIA MARKOVINA, and CIPRIANO LANDSCAPING – NURSERY, INC.,<br><br>*Defendant(s)* | Civil Action No. 22-cv-02706-JMA-ARL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PIETRO CIPRIANO, 1660 and 1661 Front Street, East Meadow, New York 11553

MARIA MARKOVINA, 1660 and 1661 Front Street, East Meadow, New York 11553

CIPRIANO LANDSCAPING – NURSERY, INC., 1660 and 1661 Front Street, East Meadow, New York 11553

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marcus Monteiro
mmonteiro@mflawny.com
91 N. Franklin Street, Suite 108
Hempstead, New York 11550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 05/10/2022

*Concetta Landow*

*Signature of Clerk or Deputy Clerk*