

ATTORNEYS AT LAW

Main Office:
91. N. Franklin Street
Suite 108
Hempstead, New York 11550
Tel.: 516/280.4600
Fax: 516/280.4530
MFLawNY.com

Marcus Monteiro
516/280.4600 ext. 301
mmonteiro@mflawny.com

June 6, 2023

**VIA ECF**
The Honorable Judge Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

      RE:    *Justo Claros et al. v. Pietro Cipriano et al.*
               Civ. No.: 22-2706 (JMA)(ARL)

Dear Judge Lindsay:

      I represent Plaintiffs in this wage/overtime case. Together with Defendants' counsel, we write to modify, alter and amend the Settlement Agreement submitted by the Parties (Docket No. 16, Ex. 1) to substitute page four thereto, with page four as attached at Ex. 1. The purpose of the substitution is to address the Court's concerns raised at the fairness hearing earlier today regarding the release of claims, and to the render the Agreement *Cheeks* compliant.[1] The substituted provision has been approved by the Parties.

      Accordingly, the Parties request that the Settlement Agreement now be approved as fair, reasonable and equitable. The Parties thank the Court for considering this request.

                                 Very truly yours,

                                 /s/
                              Marcus Monteiro

---

[1] *Cheeks v. Freeport Pancake House, Inc., et al.,* 796 F.3d 199 (2d Cir. 2015).