UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**    **ARLENE R. LINDSAY**      **DATE: 6/6/2023**
          United States Magistrate Judge

                                                                                                 **TIME: 12:00 p.m.**

**DOCKET NO: 22-cv-02706-ARL**

**CASE: Claros et al v. Cipriano et al**

    ___ **INITIAL CONFERENCE**
    ___ **STATUS CONFERENCE**
    ___ **SCHEDULING CONFERENCE**           **BY TELEPHONE  X**
    ___ **SETTLEMENT CONFERENCE**
    ___ **FINAL CONFERENCE**
    **X**    **FAIRNESS HEARING**

         **APPEARANCES:**       **FOR PLAINTIFF:**       **FOR DEFENDANTS:**

                                    Marcus Monteiro          Vito A. Palmieri

**The following rulings were made:**

      As set forth on the record, Counsel shall meet and confer regarding the release clause in the settlement agreement. Following, Counsel shall submit a joint letter setting forth any modifications along with the revised release clause.

                                                    **SO ORDERED:**

                                                               **/s/**